The Honorable JOHN H. CHUN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TRAYTON BALLOT,<br><br>Defendant. | NO. CR25-012 JHC<br><br>**UNITED STATES' EXHIBIT LIST** |

The United States of America, through Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Carolyn Forstein and Cindy Chang, Assistant United States Attorneys, hereby submits the following list of exhibits it may seek to introduce during its case-in-chief at the upcoming trial in this matter.

The government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial.

United States' Exhibit List - 1
United States v. Ballot, CR25-012 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| *Flight-related Exhibits* | | | |
| 1 | Alaska Airlines aircraft interior diagram | | |
| 2 | Alaska Airlines Flight 190 flight manifest | | |
| 3 | Summary aircraft diagram | | |
| 4 | Alaska Airlines Analyst Report 565670 | | |
| 5 | Alaska Airlines Analyst Report 565766 | | |
| 6 | Alaska Airlines Rule 902(11) Certification | | |
| 7 | Stipulation re flight-related exhibits | | |
| 8-15 | *Reserved* | | |
| *Digital Forensic Evidence* | | | |
| 16 | Minor Victim 1 – video recording of child forensic interview | | |
| 17 | Minor Victim 1 – transcript of child forensic interview | | |
| 18 | Minor Victim 2 – audio recording of child forensic interview | | |
| 19 | Minor Victim 2 – transcript of child forensic interview | | |
| 20 | Photograph of Minor Victim 2 (still from video recording of child forensic interview) | | |
| 21 | Image (male body diagram) from child forensic interview of Minor Victim 2 | | |
| 22 | Image (female body diagram) from child forensic interview of Minor Victim 2 | | |
| 23-27 | *Reserved* | | |
| *Video and Audio Recorded Statements and Transcripts* | | | |
| 28 | Minor Victim 1 – video recording of statement to Port of Seattle Police | | |
| 29 | Minor Victim 1 – transcript of statement to Port of Seattle Police | | |
| 30 | Passenger Renee Doyle – transcript of statement to FBI | | |

United States' Exhibit List - 2
*United States v. Ballot*, CR25-012 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 31 | Flight Attendant Sara Williams – transcript of statement to FBI | | |
| 32 | Flight Attendant Jamie Bayeur – transcript of statement to FBI | | |
| 33 | Trayton Ballot – video recording of statement to FBI | | |
| 34 | Trayton Ballot – transcript of statement to FBI | | |
| 35-40 | *Reserved* | | |
| *Investigative Reports and Supporting Documents* | | | |
| 41 | FBI Report of Investigation – Serial 1 (Case Opening) | | |
| 42 | FBI Report of Investigation – Serial 3 (Ballot Interview) | | |
| 43 | FBI Report of Investigation – Serial 6 (Bayeur Interview) | | |
| 44 | FBI Report of Investigation – Serial 7 (Minor Victim 1 Additional Information) | | |
| 45 | FBI Report of Investigation – Serial 9 (Williams Interview) | | |
| 46 | FBI Report of Investigation – Serial 12 (Doyle Interview) | | |
| 47 | FBI Report of Investigation – Serial 22 (Minor Victim 2 Interview) | | |
| 48 | Photograph of Minor Victim 1 (still from bodyworn camera video) | | |
| 49 | Photograph of Trayton Ballot (still from bodyworn camera video) | | |
| 50-60 | *Reserved* | | |

United States' Exhibit List - 3
*United States v. Ballot*, CR25-012 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 25th day of August, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Carolyn Forstein*
CAROLYN FORSTEIN
CINDY CHANG
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4345
E-mail:   carolyn.forstein@usdoj.gov

United States' Exhibit List - 4
*United States v. Ballot*, CR25-012 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970